■ The People of the State of New York, Respondent, v Kevin Lee Martin, Appellant. [996 NYS2d 201]—Appeal dismissed as moot. Counsel's motion to be relieved of assignment granted.

(Appeal from Order of Supreme Court, Monroe County, Joseph D. Valentino, J.—Criminal Sale of a Controlled Substance, 3rd Degree). Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.